IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DANILO M. ALMARES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 05-506C |
| | ) | (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE STATUS REPORT**

Plaintiffs respectfully submit the following supplemental status report with respect to the claims of eight plaintiffs employed as Technical Enforcement Officers at the Bureau of Immigration and Customs Enforcement within the Department of Homeland Security, and/or its Predecessor the United States Customs Service, (collectively, "ICE") .

**PLAINTIFFS' SUPPLEMENTAL STATUS REPORT**

On June 8, 2006, plaintiffs and defendant entered into a partial settlement agreement covering the eight plaintiffs described above. A copy of the June 8, 2006, settlement agreement is attached. On September 18, 2006 defendant submitted such claims for payment by the Department of Treasury, Financial Management Service. Pursuant to § 5.C. of the settlement agreement, interest was calculated up to and including September 30, 2006, "30 days before payment [to plaintiffs' counsel] by the Financial Management Service." However, to date, such payment has not been made. Plaintiffs' counsel have discussed the fact that payment has not been made with counsel for defendant on several occasions. Plaintiffs believe they have no recourse but to file a separate action to obtain the recovery due under the terms of the settlement agreement.

Respectfully submitted,

OF COUNSEL:
Linda Lipsett

**s/Jules Bernstein**
Jules Bernstein (Counsel of Record)
Bernstein & Lipsett
1920 L Street, N.W., Suite 303
Washington, D.C. 20036
(202) 955-1390
(202) 296-7220 facsimile

**s/Edgar James**
Edgar James
James & Hoffman
1101 17th Street, N.W., Suite 510
Washington, D.C. 20036
(202) 496-0500
(202) 496-0555 facsimile

Attorneys for Plaintiffs

Dated: January 10, 2007

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 10th day of January 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE SUPPLEMENTAL STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein