# In the United States Court of Federal Claims

No. 05-506 C

(Filed January 18, 2007)

* * * * * * * * * * * * * * * * * * * * * *
DANILO M. ALMARES, et. al., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 9, 2007, plaintiffs filed a Motion for Leave to File Supplemental Status Report. Plaintiffs' report shall be filed by leave of the court as of the date it was electronically submitted. Plaintiffs state that the parties entered into a partial settlement agreement covering "eight plaintiffs employed as Technical Enforcement Officers at the Bureau of Immigration and Customs Enforcement within the Department of Homeland Security, and/or its predecessor the United Status Customs Service." The agreement was entered on December 2, 2005 and submitted to the Department of Treasury, Financial Management Service for payment on September 18, 2006. The settlement agreement calculates interest up to and including September 30, 2006. As of the date of plaintiffs' filing, plaintiffs have not received payment.

Since the parties have worked so diligently to reach a settlement agreement, it is imperative that the parties cooperate and work together to effect the terms of the settlement agreement and the court urges that they do so.

According, it is hereby **ORDERED** that plaintiffs' Motion for Leave to File Supplement Status Report is **GRANTED**. The parties shall **FILE** a **Joint Status Report**, on or before **February 6, 2007**, informing the court of the status of payment and, if payment has not been made by this date, defendant shall state the reason(s) for non-payment and the expected time frame within which payment shall be made.

/s/Lynn J. Bush
LYNN J. BUSH
Judge