IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DANILO M. ALMARES, et al., | |
| Plaintiffs, | |
| v. | Case No. 05-506C<br>(Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of February 9, 2007, the parties respectfully submit the following joint status report concerning the status of payment pursuant to the December 2, 2005 partial settlement agreement covering Immigration and Customs Enforcement Technical Enforcement Officers.

The parties report that payment was received from the Department of Treasury, Financial Management Service, Judgment Fund Group on February 13, 2007, for the claims of eight out of the nine plaintiffs covered under the aforementioned settlement agreement. Payment for plaintiff Clifford S. Pike was not received. On March 5, 2007, the government submitted Mr. Pike's claim for payment to the Department of Treasury, Financial Management Service, Judgment Fund Group. Payment is expected by April 15, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

**s/Edgar N. James**
EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: March 15, 2007

**s/Jeanne E. Davidson**
JEANNE E. DAVIDSON
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530
Washington, D.C. 20036
Tel: (202) 616-8275
Fax: (202) 305-7643

OF COUNSEL:
Michael J. Dierberg
William Rayel
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice

Attorneys for Defendant

Dated: March 15, 2007

**Filed Electronically**
**with the consent of the Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 15th day of March 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/Jules Bernstein**