# In the United States Court of Federal Claims

No. 05-506 C

(Filed April 7, 2008)

* * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| DANILO M. ALMARES, et. al., | * |
| | * |
| *Plaintiffs*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 26, 2006, this court set a schedule for proceedings in the subject matter, if settlement of plaintiffs' claims did not occur. On June 9, 2006, the parties filed a stipulation of partial dismissal, apparently resolving plaintiffs' claims, except for "FLSA claims for the time solely spent driving a Government vehicle between home and work." On September 11, 2006 the parties requested deferral of litigation of driving time claims. A payment issue was largely resolved by March 15, 2007, but, since then, no further filings in the subject matter have been received by the court.

The driving time issue has been litigated in other cases. On January 7, 2008, the appellants' petition for writ of *certiorari* was denied in *Adams v. United States*, 128 S. Ct. 866 (2008). The court requires assurance that progress will be made on the resolution of plaintiffs' claims and the closing of this case.

Accordingly, it is hereby **ORDERED** that the parties shall **FILE** a **Joint Status Report**, on or before **April 30, 2008**, and **at every ninety-day interval henceforth**, informing the court of the status of proceedings on the driving time issue as this affects plaintiffs' claims in this case, and any other issues preventing the closing of this case. Counsel are commended for progress made thus far in this case.

/s/Lynn J. Bush
LYNN J. BUSH
Judge